A12A0618. THE STATE v. GRUBE.
(752 SE2d 628)

MCFADDEN, Judge.

In *State v. Grube*, 293 Ga. 257 (744 SE2d 1) (2013), the Supreme Court of Georgia reversed the judgment of this Court in *State v. Grube*, 315 Ga. App. 885 (729 SE2d 42) (2012). Accordingly, we vacate our earlier opinion and adopt as our own the opinion and judgment of the Supreme Court.

*Judgment reversed. Barnes, P. J., and McMillian, J., concur.*

DECIDED DECEMBER 9, 2013.

*Herbert E. Franklin, Jr., District Attorney, Alan C. Norton, Assistant District Attorney*, for appellant.
*William D. Cunningham*, for appellee.